**James R. YOCOM, Movant,**

v.

**Charles E. REID, Airco Alloys and Carbide, Inc., and Workmen's Compensation Board, Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

Kenneth E. Hollis, Gen. Counsel, Dept. of Labor, Frankfort, Gemma M. Harding, Deputy Gen. Counsel for Appeals, Dept. of Labor, Louisville, for movants.

L. M. Tipton Reed, Jr., Mayfield, Burke B. Terrell, Padicah, William L. Huffman, Director, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of James R. Yocom, Commissioner of Labor of the Commonwealth of Kentucky and Custodian of the Special Fund, for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered June 17, 1977, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.